ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 22 2016  10:08
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Wb

IN THE UNITED STATES DISTRICT COURT

FOR __Northern District__ OF __Texas__

JESSICA WEATHERREAD
    Defendant,
vs.
UNITED STATES OF AMERICA,
    Respondent.

Case No. 4:13-CR-182-O(03)

MOTION UNDER 28 U.S.C. § 2255 TO CORRECT/
MODIFY SENTENCE PURSUANT TO U.S.S.G. App. C. Amend. 794

COMES NOW, Defendant __Jessica Weatherread__ pro se, and moves this Honorable Court for a sentence reduction pursuant to the retroactive Amendment 794 to the U.S.S.G. specified under <u>United States v Qunitero-Levya</u>, 2016 WL 2865713 (9th Cir. 2016) and pursuant to 28 U.S.C. §2255.

1.) On __Apr. 28, 2014__ Defendant was adjucated or pled guilty to a violation of 18:371 U.S.C. § __Conspiracy to possess stolen mail & 18:1708 possession of stolen mail__

2.) Under Amendment 794, the Commission explained that when a district court conducts an assessment of whether a defendant should receive a role reduction, "the defendant is to be compared with other participants" in the same crime, not with a hypothetical average participant. The Commission explained that "[f]ocusing the court's attention on the individual defendant and the other participants is more than consistent with the other provisions in Chapter Three, Part B." Id.

3.) The Amendment language indicates that the Commission intended it to be a clarifying amendment and changed the language from, "may have had the unintended effect of discouraging courts from applying the mitigating role adjustment in otherwise appropriate circumstances," to, "a defendant who does not have a proprietary interest in the criminal activity and who is simply being paid to perform certain tasks should be considered," for the reduction, and "[t]he fact that a defendant performs an essential or indispensable role in the criminal activity is not determinative." Id.

4.) The Defendant believes that she was "substantially less culpable than the co-defendants on her case for the following reasons: __I was very young and vulnerable in my drug addiction. I was also in a relationship with one of my codefendants and I know I would have never committed my crime had I not been involved with them. I was _____ in the crime prior to meeting my__

5.) While incarcerated, the Defendant has completed the classes and programming following this motion in a transcript from ther Bureau of Prisons as attached.

WHEREFORE, Defendant qualifies for a sentence reduction under U.S.S.G. App. C. Amendment 794, it is respectfully requested that the court enter an amended Judgement reducing the Defendant's sentence to reflect the two or four level reduction for a minor or minimal role.

Respectfully Submitted,

*[signature]*

JESSICA WEATHERREAD
Reg #47035 177 Unit A
Federal Correctional Inst.
P.O. Box 1731
Waseca, MN 56093

CERTIFICATE OF SERVICE

I, JESSICA WEATHERREAD certify that on AUG. 16, 2016 I mailed a copy of the foregoing first-class, postage-prepaid to:

JUDGE REED O'CONNER OF NORTHERN DISTRICT OF TEXAS

Respectfully submitted this ____ day of _____, 2016.

_____
Pro Se

```
  WASCE  531.01 *              INMATE HISTORY              *      08-09-2016
PAGE 001 OF 001 *                DRUG PGMS                 *      15:37:43

  REG NO..: 47035-177  NAME....: WEATHERREAD, JESSICA NICOLE
  CATEGORY: DRG        FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP  DATE/TIME
WAS    DAP DIAG    DRUG ABUSE DIAGNOSIS PENDING 08-07-2016 1509  CURRENT
WAS    ED COMP     DRUG EDUCATION COMPLETE      04-28-2015 1630  CURRENT
WAS    DAP NO INT  DRUG ABUSE PROGRAM NO INTEREST 07-11-2014 1036 08-07-2016 1509
WAS    ED PART R   DRUG EDUCATION PARTICIPNT-REQD 03-25-2015 1554 04-28-2015 1630
WAS    ED WAIT RJ  DRUG EDUCATION WAIT-RQ JUDREC  06-19-2014 0827 03-25-2015 1554
WAS    NR WAIT     NRES DRUG TMT WAITING        07-23-2014 0927 03-04-2015 1113
BRY    DAP DIAG    DRUG ABUSE DIAGNOSIS PENDING 07-01-2014 0852 07-11-2014 1036
BRY    DAP SCREEN  DRUG ABUSE PROGRAM SCREENING 06-26-2014 0919 07-01-2014 0852
BRY    DAP REFER   DRUG ABUSE PROGRAM REFER     06-23-2014 1224 06-26-2014 0919




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

```
WASCE            *         INMATE EDUCATION DATA          *      08-09-2016
PAGE 001 OF 001 *                TRANSCRIPT               *       11:31:05

REGISTER NO: 47035-177    NAME..: WEATHERREAD              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: WAS-WASECA FCI

--------------------------  EDUCATION INFORMATION  --------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME STOP DATE/TIME
WAS  ESL HAS    ENGLISH PROFICIENT         08-02-2014 0800 CURRENT
WAS  GED HAS    COMPLETED GED OR HS DIPLOMA 08-02-2014 0800 CURRENT

---------------------------  EDUCATION COURSES  ----------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
BRY        VARIOUS MACRAME DESIGNS  07-15-2014  07-22-2014  P   C  P    6




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
WASCE              *       INMATE FINANCIAL RESPONSIBILITY        *       08-09-2016
PAGE 001 OF 001    *    DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS    *       15:55:02

REGNO: 47035-177  OBLG NO: 02    NO. ADJ TO VIEW: 15      FUNC: DSS
NAME.: WEATHERREAD, JESSICA NICOLE        TYPE OBLG: RESTITUTION NON-FED VICTIM U
OBLG STATUS.: AGREED       OBLG BAL..: 63717.56           OBLG NO: 2
DATE ADDED FCL   ADJ TYPE   ADJ REASON       ADJ AMT    DEP NO.   DETAIL
08-05-2016 WAS   PAYMENT    INSIDE PMT         86.27               N
07-12-2016 WAS   PAYMENT    INSIDE PMT         95.93     6102      N
06-08-2016 WAS   PAYMENT    INSIDE PMT        174.61     6092      N
05-05-2016 WAS   PAYMENT    INSIDE PMT        174.61     6082      N
04-07-2016 WAS   PAYMENT    INSIDE PMT        164.07     6072      N
03-08-2016 WAS   PAYMENT    INSIDE PMT        172.24     6062      N
02-04-2016 WAS   PAYMENT    INSIDE PMT        179.14     6052      N
01-07-2016 WAS   PAYMENT    INSIDE PMT        108.65     6042      N
12-04-2015 WAS   PAYMENT    INSIDE PMT         89.09     6032      N
11-06-2015 WAS   PAYMENT    INSIDE PMT         88.41     6022      N
10-06-2015 WAS   PAYMENT    INSIDE PMT        102.44     6012      N
09-09-2015 WAS   PAYMENT    INSIDE PMT         63.21     5122      N
08-11-2015 WAS   PAYMENT    INSIDE PMT         76.27     5112      N
07-08-2015 WAS   PAYMENT    INSIDE PMT         46.59     5102      N


G0005            TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
WASCE              *        INMATE FINANCIAL RESPONSIBILITY        *      08-09-2016
PAGE 001 OF 001    *      DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS   *      15:54:49

REGNO: 47035-177  OBLG NO: 01    NO. ADJ TO VIEW: 15      FUNC: DSS
NAME.: WEATHERREAD, JESSICA NICOLE        TYPE OBLG: ASSESSMENT USDC
OBLG STATUS.: COMPLETEDZ   OBLG BAL..: 0.00              OBLG NO: 1
DATE ADDED  FCL   ADJ TYPE    ADJ REASON       ADJ AMT   DEP NO.  DETAIL
07-08-2015  WAS   PAYMENT     INSIDE PMT         11.98    5102      N
06-05-2015  WAS   PAYMENT     INSIDE PMT         72.65    5092      N
05-06-2015  WAS   PAYMENT     INSIDE PMT         80.37    5082      N
03-11-2015  WAS   PAYMENT     INSIDE PMT         35.00    5061      N




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

SESSION NORTHRUP ~~~~~~
FEDERAL CORRECTIONAL ~~~~~~
P.O. BOX 1731
WASECA, MN 56093



U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2016 AUG 22  AM 10: 08

CLERK OF COURT

⇔47035-177⇔
Judge Reed O Conner
501 W 10TH ST
Room 201
FORT Worth, TX 76102
United States