IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Criminal Action No. 4:13-cr-182-O |
| | § | |
| JESSICA NICOLE WEATHERREAD (03), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court are Jessica Weatherread's Motion for Early Termination of Supervised Release and the Government's response. ECF Nos. 112, 114. Weatherread has served over one year of her three-year term of supervised release and has approximately 15 months remaining to serve. The Government reports that Weatherread "has been in compliance with no violations reported during her time on supervised release." ECF No. 114 at 2. "Weatherread has complied with all restitution payments while on supervised release but still has an outstanding balance [and] . . . will most likely have an outstanding balance even if [she] serves her entire supervised release term." *Id.* For this reason, the Government has not recommended early termination of supervised release. Rather, the Government "takes no position and leaves it to the Court's discretion on whether to grant the defendant's motion . . . ." *Id.* at 3.

Considering Weatherread's compliance with the conditions of supervised release and in the interest of justice, her Motion for Early Termination (ECF No. 112) is **GRANTED.** Weatherread's term of supervised release is hereby terminated. *See* 18 U.S.C. § 3583(e)(1).

Weatherread shall cooperate with the Probation Department with regard to any processing necessary to complete the discharge of her term of supervised release.

This order does not relieve Jessica Weatherread of her responsibility to make periodic restitution payments as set forth in the restitution and conditions of supervised release sections of the Court's judgment. Such payments must be made until the full amount of the restitution ordered by the Court is paid.

The **Clerk of Court** shall transmit copies of this order to Jessica Weatherread, the U.S. Attorney's Office, the U.S. Probation Department, and the U.S. Marshals Service.

**SO ORDERED** this **19th day** of **November, 2020**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**